1

2   DAVID P. MATTHEWS
    Fed No.11816
3   JASON C. WEBSTER
    Fed No. 30910
4   2905 Sackett
    Houston, TX 77098
5   Tel: 713 222 8080
    Fax: 713 535 7184
6
    Attorneys for Plaintiffs
7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12

13   _____   )   **Case Specific Number**
                                       )
     IN RE: BEXTRA AND CELEBREX        )   **MDL NO. 1699**
14   MARKETING SALES PRACTICES AND     )   **3:05-cv-04437-CRB**
     PRODUCT LIABILITY LITIGATION      )   **District Judge: Charles R. Breyer**
15                                     )
                                       )
16                                     )
                                       )
17   DEBORAH D. CROW,                  )
                                       )   **STIPULATION AND ORDER OF**
                       Plaintiffs,     )   **DISMISSAL WITHOUT PREJUDICE**
18                                     )
                                       )
19                vs.                  )
                                       )
     Pfizer, Inc., et al.              )
20                     Defendants.     )
21   _____

22       Come now the Plaintiff, DEBORAH D. CROW, and Defendants, by and through the

23   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24   stipulate to the dismissal of this action without prejudice with each side bearing its own

25   attorneys' fees and costs.

26       Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27   Defendants, they should do so only by re-filing in the United States District Court.

28

                                    -1-

1

DATED: 4 12, 2007        MATTHEWS & ASSOCIATES

2

3                                  By: _____

4                                  DAVID P. MATTHEWS
                                   Fed No.11816
5                                  JASON C. WEBSTER
                                   Fed No. 30910
6                                  2905 Sackett
                                   Houston, TX 77098
7                                  Tel: 713 222 8080
                                   Fax: 713 535 7184
8                                  Attorneys for Plaintiff

9

10       DATED: 6·11, 2007        GORDON & REES

11                                 By: _____

12                                 Stuart M. Gordon
                                   Attorneys for Defendants
13

14

15

16       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17

18       Dated: June 14, 2007

19                                 Hon. Charles R. Breyer
                                   United States District Court
20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/1030331v.1